JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA U., <br>     Plaintiff <br>   v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>     Defendant. | Case No. 5:22-cv-01007-GJS <br><br> **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: August 21, 2023

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE